UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN MILLS

    -against-

AMTRUST FINANCIAL SERVICES, INC.,

                Defendant.

**ORDER**

23 Civ. 2299 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant will submit case law in support of its argument – in its May 30, 2023 letter – that Plaintiff is not entitled to relief under the New York City Human Rights Law or the New York State Human Rights Law. (See May 30, 2023 Def. Ltr. (Dkt. No. 11) at 2-3) Defendant's submission is due by **Thursday, June 15, 2023 at 10:00 a.m.** If Plaintiff wishes, he may make a supplemental submission by that date and time addressing this issue.

Dated: New York, New York
       June 13, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge